IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOWARD GENTRY, in his official capacity as Criminal Court Clerk for the Metropolitan Government of Nashville and Davidson County,<br><br>and<br><br>THE METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE,<br><br>  Plaintiffs,<br><br>v.<br><br>TENNESSEE DEPARTMENT OF TREASURY and DAVID H. LILLARD, JR., in his official capacity as State Treasurer,<br><br>and<br><br>THE NASHVILLE COMMUNITY BAIL FUND,<br><br>  Defendants. | Case No. 3:24-cv-00316<br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss Amended Complaint (Doc. No. 25), filed by defendants Tennessee Department of Treasury and David H. Lillard in his official capacity as State Treasurer, is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** in its entirety, under Federal Rule of Civil Procedure 12(b)(1), for lack of subject matter jurisdiction.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge